# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DIANTHE GELOK,                 :    No. 181 MAL 2016

            Petitioner        :

                                     :    Petition for Allowance of Appeal from
                                     :    the Order of the Superior Court
           v.                  :

                                     :

DAVID R. BRYCE, D.O.; DAVID C.    :
PRESTOSH, D.O.; ST. LUKE'S        :
UNIVERSITY HEALTH NETWORK; ST.   :
LUKE'S, ST. LUKE'S UNIVERSITY     :
HOSPITAL,                           :

                                     :
           Respondents      :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 6th day of September, 2016, the Petition for Allowance of Appeal

is **DENIED**.

Justices Donohue & Mundy did not participate in the consideration or decision of this matter.